In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-21-00194-CR**
**IN RE MICHAEL JOHN WILLIAMS**

**Original Proceeding**
**9th District Court of Montgomery County, Texas**
**Trial Cause No. 17-11-14470-CR**

## MEMORANDUM OPINION

In a petition for writ of mandamus, Michael John Williams complains that the Honorable Phil Grant failed "to correctly enter into the Judgment of Conviction the exact offense for which the relator was indicted by the grand jury and which he was convicted of." After Williams filed his petition for writ of mandamus, we notified him that his petition was defective, and we sent Williams a letter directing him to correct the deficiencies in his petition. We also warned Williams that unless he amended his petition and cured the defects we identified in the letter by July 12, 2021, we would dismiss his petition for mandamus relief.

Williams failed to amend his petition to cure the deficiencies. We therefore dismiss Williams's petition for writ of mandamus without reference to the merits of his claims. *See* Tex. R. App. P. 52.3.

PETITION DISMISSED.

PER CURIAM

Submitted on August 31, 2021
Opinion Delivered September 1, 2021
Do Not Publish

Before Kreger, Horton and Johnson, JJ.